UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY CO. : | CIVIL ACTION NO. 3-00-cv-874 (JCH) |
| Plaintiff, : | |
| V. : | |
| SITE REMEDIATION SERVICES, INC., SITE : | |
| CONSTRUCTION, LLC, MICHAEL J. GRESH : | |
| PAINTING CO., INC., SUSAN D. O'BRIEN, and : | |
| THE BANK OF WESTERN MASSACHUSETTS : | |
| Defendants. : | |

MOTION TO OPEN JOINT STIPULATION OF DISMISSAL
AND ENTER STIPULATION TO JUDGMENT

Pursuant to Fed. R. Civ. P. 60(b), the plaintiff, Lumbermens Mutual Casualty Company, moves to open the dismissal as to the defendant Susan O'Brien filed with the Court on or about November 25, 2002, and enter a stipulated judgment in favor of Lumbermens Mutual Casualty Company against the defendant Susan O'Brien pursuant to the attached Stipulation to Judgment in the amount of $2,000,000.00. In support, Lumbermens respectfully represents:

1. On or about October 17, 2002, Lumbermens and O'Brien entered into a Settlement Agreement that required O'Brien to make certain installment payments pursuant to the Settlement Agreement. Upon O'Brien's failure to honor her obligations under the Settlement Agreement, the Settlement Agreement states that Lumbermens is

11663.0002

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

entitled to take all action necessary to release from escrow a Stipulated Judgment, have the above action reopened, and file with the court the Stipulated Judgment attached hereto.  The Settlement Agreement also provides that O'Brien agrees to have the District Court action reopened to enter the Stipulated Judgment.

    2.    The Joint Stipulation of Dismissal filed with the court on November 25, 2002 expressly states that the Dismissal is entered without prejudice, and with leave to reopen upon representation by counsel for the plaintiff that the Settlement Agreement between the parties has been breached by the defendant Susan O'Brien.

    3.    Counsel for the plaintiff hereby represents that the Settlement Agreement between the parties has been breached by the defendant, Susan O'Brien.

    4.    Accordingly, the plaintiff now seeks to file and have entered the attached Stipulation to Judgment in the amount of $2,000,000.00

WHEREFORE, the plaintiff, Lumbermens Mutual Casualty Company, hereby seeks to reopen the Stipulation of Dismissal as to Susan O'Brien, and to have judgment entered pursuant to the attached Stipulation to Judgment in the amount of $2,000,000.00.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

RESPECTFULLY SUBMITTED:
LUMBERMENS MUTUAL CASUALTY
COMPANY

By /s/
_____
Gregory R. Faulkner
Fed. Bar #ct00097 of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 6th day of April 2004, I hereby mailed a copy of the foregoing to:

Mark S. Baldwin, Esq.
Sandra K. Davis, Esq.
Brown, Rudnick, Berlack, Israels
CityPlace I
185 Asylum Street
Hartford, CT 06103-3402

William R. Moller, Esq.
John J. O'Brien, Jr., Esq.
Moller, Peck & O'Brien, L.L.C.
1010 Wethersfield Avenue, 1st Floor
Hartford, CT 06114-3149

Michael P. Del Sole, Esq.
Del Sole & Del Sole
46 S. Whittlesey Avenue
P.O. Box 310
Wallingford, CT 06492-0310

/s/
_____
Gregory R. Faulkner

535047.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105