

FILED

2004 APR -7 A 10: 06

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUMBERMENS MUTUAL CASUALTY CO.          :     CIVIL ACTION NO. 3-00-cv-874 (JCH)

          Plaintiff,                                :

V.                                                        :

SITE REMEDIATION SERVICES, INC., SITE    :
CONSTRUCTION, LLC, MICHAEL J. GRESH     :
PAINTING CO., INC., SUSAN D. O'BRIEN, and  :
THE BANK OF WESTERN MASSACHUSETTS    :

          Defendants.                            :


## MOTION TO OPEN JOINT STIPULATION OF DISMISSAL
## AND ENTER STIPULATION TO JUDGMENT

Pursuant to Fed. R. Civ. P. 60(b), the plaintiff, Lumbermens Mutual Casualty

Company, moves to open the dismissal as to the defendant Susan O'Brien filed with

the Court on or about November 25, 2002, and enter a stipulated judgment in favor of

Lumbermens Mutual Casualty Company against the defendant Susan O'Brien pursuant

to the attached Stipulation to Judgment in the amount of $2,000,000.00.  In support,

Lumbermens respectfully represents:

1.    On or about October 17, 2002, Lumbermens and O'Brien entered into a

Settlement Agreement that required O'Brien to make certain installment payments

pursuant to the Settlement Agreement.  Upon O'Brien's failure to honor her obligations

under the Settlement Agreement, the Settlement Agreement states that Lumbermens is

11663.0002

One Goodwin Square                   HALLORAN            Phone (860) 522-6103
225 Asylum Street                    & SAGE LLP          Fax (860) 548-0006
Hartford, CT 06103                                       Juris No. 26105