FILED

2004 MAY 26  A 8: 56

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUMBERMENS MUTUAL CASUALTY COMPANY : | CIVIL ACTION NO. |
| Plaintiff, : | 3-00-cv-874 (JCH) |
| V. : | |
| SUSAN D. O'BRIEN : | |
| Defendant. : | |

### STIPULATION TO JUDGMENT
### IN THE AMOUNT OF $2,000,000.00

The parties hereto Stipulate that Judgment shall enter in favor of Lumbermens Mutual Casualty Company against the defendant, Susan O'Brien, only, in the amount of $2,000,000.00.

**The Plaintiff,**
**Lumbermens Mutual Casualty Company**

_____
Gregg R. Faulkner
~~Dennis C. Cavanaugh,~~ Esq. of
HALLORAN & SAGE LLP
Fed. Bar #ct ~~05814~~ 09997
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
Tel. (860) 522-6103

**The Defendants,**
**Site Remediation Services, Inc.,;**
**Site Construction, LLC.; Michael J.**
**Gresh Painting Co., Inc. and**
**Susan D. O'Brien**

_____
John J. O'Brien, Jr., Esq. of
Moller, Peck & O'Brien
Fed. Bar #ct 04856
1010 Wethersfield Avenue
Hartford, CT 06114
Tel. (860) 296-1010

11663.0002

One Goodwin Square
225 Asylum Street
Hartford, CT  06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 22nd day of ~~August~~ November, 2002, a copy of the foregoing was either mailed, postpaid, or hand-delivered to all counsel and pro se parties of record as follows:

**Lumbermens Mutual Casualty Company**
Dennis C. Cavanaugh, Esq. of
HALLORAN & SAGE LLP
Fed. Bar #ct 05814
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**The Bank of Western Massachusetts**
Mark S. Baldwin, Esq. of
Brown, Rudnick, Freed & Gesmer, P.C.
Fed. Bar #ct 01363
CityPlace I
185 Asylum Street
Hartford, CT 06103

**Site Remediation Services, Inc.,;**
**Site Construction, LLC.; Michael J. Gresh Painting Co., Inc.;**
**and Susan D. O'Brien**
John J. O'Brien, Jr., Esq. of
Moller, Peck & O'Brien
1010 Wethersfield Avenue
Hartford, CT 06114

_____
~~Dennis C. Cavanaugh~~, Esq.
Gregory R. Faulkner

339306.1(HS-FP)

11663.0002

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105